IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD PHAM,

    Plaintiff,

vs.

KENNETH D. LEWIS, individually and
as CEO of Bank of America; BRIAN T.
MOYNIHAN, individually and as CEO
of Bank of America; BARBARA J. DESOER,
individually and as President of Bank of
America Mortgage; DANIEL G. SCHREINER,
individually and as President of Ryland
Mortgage Company; JERRY WEISS,
individually and as Senior Vice President and
Chief Compliance Officer of Freddie Mac; and
DOES 1 through 25, inclusive,

    Defendants.

No. CIV S-09-3612 GEB EFB PS

ORDER

Plaintiff is proceeding *pro se* in this action, which was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On January 13, 2010, plaintiff filed a first amended complaint in this fee-paid action, and on February 4, 2010 filed a motion to compel defendants to produce documents. Dckt. Nos. 5, 8. Also on February 4, 2010, plaintiff filed a motion to stop all collection activities and foreclosure. Dckt. No. 10.

1

Neither of plaintiff's motions comply with the notice requirements set forth in the Local Rules. *See* E.D. Cal. L.R. 230, 251. Additionally, although plaintiff seeks to compel defendants to produce documents, Federal Rule of Civil Procedure 26(d)(1) provides that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) . . . ."[1] Further, although plaintiff filed a motion "to stop Defendant(s) from all collection activities and foreclosure on plaintiff's property," plaintiff has not complied with the procedural requirements for injunctive relief set forth in Federal Rule of Civil Procedure 65 and Local Rule 231, and has not shown that he is entitled to injunctive relief. Therefore, both of plaintiff's motions will be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel, Dckt. No. 8, is denied; and

2. Plaintiff's motion to stop all collection activities and foreclosure, Dckt. No. 10, is denied without prejudice.[2]

SO ORDERED.

DATED: February 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] It also does not appear that plaintiff has served defendants with a proper request for production of documents pursuant to Federal Rule of Civil Procedure 34.

[2] This order does not impact defendants' motion to dismiss, which is currently scheduled for hearing on March 10, 2010. Dckt. No. 9.

2