1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD PHAM,

11          Plaintiff,                    No. CIV S-09-3612 GEB EFB PS

12       vs.

13   KENNETH D. LEWIS, individually and        ORDER
     as CEO of Bank of America; BRIAN T.
14   MOYNIHAN, individually and as CEO
     of Bank of America; BARBARA J. DESOER,
15   individually and as President of Bank of
     America Mortgage; DANIEL G. SCHREINER,
16   individually and as President of Ryland
     Mortgage Company; JERRY WEISS,
17   individually and as Senior Vice President and
     Chief Compliance Officer of Freddie Mac; and
18   DOES 1 through 25, inclusive,

19          Defendants.
                                               /
20

21       Plaintiff is proceeding *pro se* in this action, which was referred to the undersigned

22   pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On

23   January 13, 2010, plaintiff filed a first amended complaint in this fee-paid action, and on

24   February 4, 2010 filed a motion to compel defendants to produce documents.  Dckt. Nos. 5, 8.

25   Also on February 4, 2010, plaintiff filed a motion to stop all collection activities and foreclosure.

26   Dckt. No. 10.

1

1    Neither of plaintiff's motions comply with the notice requirements set forth in the Local

2  Rules.  *See* E.D. Cal. L.R. 230, 251.  Additionally, although plaintiff seeks to compel defendants

3  to produce documents, Federal Rule of Civil Procedure 26(d)(1) provides that "[a] party may not

4  seek discovery from any source before the parties have conferred as required by Rule 26(f)

5  . . . ."[1]  Further, although plaintiff filed a motion "to stop Defendant(s) from all collection

6  activities and foreclosure on plaintiff's property," plaintiff has not complied with the procedural

7  requirements for injunctive relief set forth in Federal Rule of Civil Procedure 65 and Local Rule

8  231, and has not shown that he is entitled to injunctive relief.  Therefore, both of plaintiff's

9  motions will be denied without prejudice.

10    Accordingly, IT IS HEREBY ORDERED that:

11    1.  Plaintiff's motion to compel, Dckt. No. 8, is denied; and

12    2.  Plaintiff's motion to stop all collection activities and foreclosure, Dckt. No. 10, is

13  denied without prejudice.[2]

14    SO ORDERED.

15  DATED:  February 10, 2010.

16    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24    [1]   It also does not appear that plaintiff has served defendants with a proper request for
production of documents pursuant to Federal Rule of Civil Procedure 34.

25

26    [2]  This order does not impact defendants' motion to dismiss, which is currently scheduled
for hearing on March 10, 2010.  Dckt. No. 9.

2