IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD PHAM,

    Plaintiff,

vs.

KENNETH D. LEWIS, individually and as CEO of Bank of America; BRIAN T. MOYNIHAN, individually and as CEO of Bank of America; BARBARA J. DESOER, individually and as President of Bank of America Mortgage; DANIEL G. SCHREINER, individually and as President of Ryland Mortgage Company; JERRY WEISS, individually and as Senior Vice President and Chief Compliance Officer of Freddie Mac; and DOES 1 through 25, inclusive,

    Defendants.
    /

No. CIV S-09-3612 GEB EFB

ORDER

    This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  Plaintiff, previously proceeding *in propria persona,* is now represented by counsel.  Dckt. No. 22.  Because all parties are now represented by counsel, the referral to the magistrate judge is withdrawn and the case is referred back to the district judge.  The magistrate judge shall continue to perform the usual discovery tasks associated with ordinary civil cases.

1

1        The March 24, 2010 hearing on defendants' motions to dismiss, Dckt. Nos. 9 and 17, is
2 vacated.  The matters may be re-noticed for hearing before the district judge.
3        SO ORDERED.
4 DATED:  March 5, 2010.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE